# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-11-00615-CR
NO. 03-11-00616-CR
NO. 03-11-00617-CR
NO. 03-11-00618-CR
NO. 03-11-00619-CR
NO. 03-11-00620-CR
NO. 03-11-00621-CR
NO. 03-11-00622-CR
NO. 03-11-00623-CR

**Renny Earl Harvard, Appellant**

**v.**

**State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
NOS. D-1-DC-11-202931, 301196, 301232, 301233, 301248, 301264, 301397, 301459, 301552,
HONORABLE MICHAEL LYNCH, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Renny Earl Harvard's motion to dismiss the appeal is granted. *See* Tex.

R. App. P. 42.2(a). The appeal is dismissed.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   December 13, 2011

Do Not Publish